**John C. Kiehlmeier**, Esq. (SBN: 124083)
**LAW OFFICES OF JOHN C. KIEHLMEIER**
P. O. Box 1144
Corona del Mar, California 92625
Telephone: (949) 274-4614
**Attorney for defendants**
**(see signature page)**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TECH LOGISTICS CORP. DBA SYSTEMS LOGISTICS, INC., a Texas corporation; CONCEPCION GARCIA, an individual; QUETZAL GARCIA, a minor child; ELISEO ONTIVEROS VALDEZ, an individual; AGRI-COMM EXPRESS, INC., a California corporation; and TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin corporation,<br><br>Defendants. | CASE NO. 1:10-CV-0475-OWW-GSA<br><br>STIPULATION AND (PROPOSED) ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br>[Local Rule 144, Fed. R. Civ. P. 6] |

**IT IS HEREBY STIPULATED** by and between Howard Wollitz, Esq., Charlston, Revich & Wollitz LLP, counsel for Plaintiff **CAROLINA CASAULTY INSURANCE COMPANY**, (hereinafter "Plaintiff"), and John C. Kiehlmeier, Esq., Law Offices of John C. Kiehlmeier, counsel for Defendants **TECH LOGISTICS CORPORATION d/b/a SYSTEMS LOGISTICS SERVICES, SYSTEMS LOGISTICS,**

**INC., AGRI-COMM EXPRESS, INC., TRUCKING EQUIPMENT COMPANY, INC., and ELISEO ONTIVEROS VALDEZ** (hereinafter collectively "Defendants") , as follows:

1. Plaintiff has no objection to the extension of time requested by Defendants in the Affidavit of John C. Kiehlmeier filed on 4-12-10.

2. The failure of counsel for Plaintiff to respond to defense counsel's email of 4-12-10 as described in the Affidavit of John C. Kiehlmeier filed on 4-12-10 was due to an addressing error in the email.

3. The failure of counsel for Plaintiff to respond to defense counsel's voice mail message left on 4-12-10 was unintentional.

2. All defendants shall have an extension of time to respond to plaintiff's complaint up to and including May 4, 2010.

    **SO STIPULATED.**

**Dated: April 13, 2010.**         **CHARLSTN, REVICH & WOLLITZ LLP**

    By:   /s/ Howard Wollitz
        **HOWARD WOLLITZ, ESQ**.
        **Attorney for Plaintiff**
        **ACE AMERICAN INSURANCE COMPANY**

**Dated: April 13, 2010.**         **LAW OFFICES OF JOHN C. KIEHLMEIER**

    By:   /s/ John C. Kiehlmeier
        **JOHN C. KIEHLMEIER, ESQ.**
        **attorney for Defendants,**
        **TECH LOGISTICS CORPORATION d/b/a SYSTEMS LOGISTICS SERVICES, SYSTEMS LOGISTICS, INC., AGRI-COMM EXPRESS, INC., TRUCKING EQUIPMENT COMPANY, INC., and ELISEO ONTIVEROS VALDEZ**

## **ORDER**

In consideration of the Stipulation of the parties set forth above, the time for defendants **TECH LOGISTICS CORPORATION d/b/a SYSTEMS LOGISTICS SERVICES, SYSTEMS LOGISTICS, INC., AGRI-COMM EXPRESS, INC., TRUCKING EQUIPMENT COMPANY, INC., and ELISEO ONTIVEROS VALDEZ** to respond to plaintiff's complaint on file in the instant matter is hereby extended up to and including May 4, 2010.

IT IS SO ORDERED.

Dated:   **April 14, 2010**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATION and ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**[Local Rule 144, Fed. R. Civ. P. 6]**