**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAROLINA CASUALTY INSURANCE COMPANY,**<br><br>    Plaintiff & Counter-Defendant,<br><br>    v.<br><br>**TECH LOGISTICS CORP, dba SYSTEMS LOGISTIC INC,** *et al*,<br><br>    Defendants & Counter-Claimants. | 1:10-CV-00475-OWW-GSA<br><br>ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT CAROLINA CASUALTY COMPANY'S MOTION TO DISMISS (Doc. 20) |

Before the Court for decision is Plaintiff/Counter-Defendant Carolina Casualty Company's motion to dismiss the second and third counterclaims advanced by Defendants/Counter-Plaintiffs Tech Logistics Corp. dba Systems Logistics, Inc., Eliseo Ontiveros Valdez, Agri-Comm Express, Inc. and Trucking Equipment Company, Inc. (collectively the "Defendants/Counter-Plaintiffs"). The motion was filed on May 28, 2010 and set for hearing on July 26, 2010.

On July 13, 2010, Defendants/Counter-Plaintiffs filed a statement of non-opposition to the motion. (Doc. 25.) Defendants/Counter-Plaintiffs stipulated to the dismissal of the

1

1  second and third counterclaims without prejudice.
2       Based on Defendants/Counter-Plaintiffs' statement of non-
3  opposition, Plaintiff/Counter-Defendant Carolina Casualty Company's
4  motion to dismiss is GRANTED.  The second counterclaim for breach
5  of contract and third counterclaim for breach of the implied
6  covenant of good faith and fair dealing are DISMISSED WITHOUT
7  PREJUDICE.  The motion hearing currently set for July 26, 2010 at
8  10:00 a.m. is VACATED.

10  IT IS SO ORDERED.
11  **Dated:   July 21, 2010**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE