**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TECH LOGISTICS CORP. dba SYSTEMS LOGISTICS, INC., a Texas corporation; CONCEPCION GARCIA, an individual; QUETZAL GARCIA, a minor child; ELISEO ONTIVEROS VALDEZ, an individual; AGRI-COMM EXPRESS, INC., a California corporation; and TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin corporation,<br><br>Defendants. | Case No.:  1:10-CV-00475-OWW-MJS<br><br>**ORDER ON VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FED.R.CIV.P. 41(a)**<br><br>JUDGE:          Oliver W. Wanger<br>MAGISTRATE:  Michael J. Seng |
| AND RELATED COUNTERCLAIM. | |

Pursuant to the stipulation of the Parties, and good cause appearing therefor, Plaintiff Carolina Casualty Insurance Company's claims against Defendants Tech Logistics Corp. dba Systems Logistics, Inc., Agri-Comm Express, Inc., Trucking Equipment Company, Inc., and Eliseo Ontiveros Valdez, and Defendants' counterclaims against Plaintiff are dismissed, in their entirety, with prejudice, with each party to bear his or its own attorney's fees, expenses, and costs.

///

1
2
3  IT IS SO ORDERED.
4     Dated: **April 26, 2011**        **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28