UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TECH LOGISTICS CORP. dba SYSTEMS LOGISTICS, INC., a Texas corporation; CONCEPCION GARCIA, an individual; QUETZAL GARCIA, a minor child; ELISEO ONTIVEROS VALDEZ, an individual; AGRI-COMM EXPRESS, INC., a California corporation; and TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 1:10-CV-00475-OWW-MJS<br><br>**ORDER OF RESCISSION**<br><br>JUDGE: Oliver W. Wanger<br>MAGISTRATE: Michael J. Seng |

Pursuant to the stipulation of the Parties, the Court, having accepted the Stipulated Facts and finding good cause therefor, hereby declares and Orders that CCIC Policy No.

////

////

////

////

1

CGT_350941_P be and hereby is rescinded and void *ab initio*.

**ORDER**

IT IS SO ORDERED.

Dated:   April 27, 2011                       /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE